**[Form 292]** [Ntc of Hrg BK]

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

In re:                                                                Case No. 14−21445 WTT
     Kyle Bake
          Debtor(s).                                  Chapter 7

## NOTICE OF HEARING ON
## MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT

NOTICE IS HEREBY GIVEN that the Court shall consider the Debtor(s)' Motion for Court Approval of Reaffirmation Agreement at a hearing before the Honorable William T. Thurman, United States Bankruptcy Judge, on June 4, 2014, at 09:30 AM

at U.S. Bankruptcy Court, Rm 376, 350 South Main Street, Salt Lake City, UT 84101.

Dated: April 23, 2014

                                              David A. Sime
                                              Clerk of Court   (24)

United States Bankruptcy Court
District of Utah

In re:                                                          Case No. 14-21445-WTT
Kyle Bake                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 1088-2    User: jwg    Page 1 of 1    Date Rcvd: Apr 23, 2014
                        Form ID: f292    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2014.
db          +Kyle Bake,   2892 South Impalla Circle,   West Valley City, UT 84128-1193

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
            E-mail/Text: bk.notifications@jpmchase.com Apr 24 2014 01:41:48     JPMorgan Chase Bank,
   PO Box 29505 AZ1-1191,   Phoenix, AZ   85038-9505
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2014                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2014 at the address(es) listed below:
      Darwin H. Bingham    on behalf of Creditor    Utah Central Credit Union, a Division of Chartway Federal Credit Union dbingham@scalleyreading.net, cat@scalleyreading.net
      Gale K. x6Francis    on behalf of Creditor    Utah State Tax Commission txbk@utah.gov
      Mary M. Hunt tr    hunttrustee@gmail.com, hunt.peggy@dorsey.com;UT18@ecfcbis.com
      Richard C. Terry    on behalf of Creditor    JPMorgan Chase Bank, N.A. richard@tjblawyers.com, cbcecf@yahoo.com
      United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 5